# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2492
_____

MICHELLE RENEE BRUNEAU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

August 22, 2018

PER CURIAM.

AFFIRMED.

RAY and MAKAR, JJ., and FORST, ALAN O., Associate Judge, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Michelle Renee Bruneau, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.